JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRUCE DEREK SPRING,  ) Case No. CV 15-00773-JLS (DTB)
        Petitioner,  )
  vs.  ) JUDGMENT
RICHARD IVES, Warden,  )
        Respondent.  )

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: January 8, 2016

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE